COURT OF APPEALS

SECOND DISTRICT OF TEXAS

FORT WORTH 

NO. 2-04-067-CV

GREGORY L. MANLEY, #546876 APPELLANT

V.

CAPTAIN MARY DOE MILLER, OFFICER APPELLEE

JOHN DOE DIETZ, OFFICER MARY DOE

SHIELDS, J. MONNEYHAM, GRIEVANCE 

INVESTIGATOR #210/ALLRED UNIT,

GRIEVANCE INVESTIGATOR #746, AND

S. SCHUMACHER

----------

FROM THE 78
TH
 DISTRICT COURT OF WICHITA COUNTY

----------

MEMORANDUM
 
OPINION
(footnote: 1) 
AND JUDGMENT

------------

On March 24, 2004, May 3, 2004, and July 12, 2004, we notified appellant, in accordance with rule of appellate procedure 42.3(c), that we would dismiss this appeal unless the $125 filing fee was paid. 
See
 
Tex. R. App. P. 
42.3(c).  Appellant has not paid the $125 filing fee.  
See
 
Tex. R. App. P.
 5, 12.1(b).

Because appellant has failed to comply with a requirement of the rules of appellate procedure and the Texas Supreme Court's order of July 21, 1998,
(footnote: 2) we dismiss the appeal.  
See 
Tex. R. App. P
. 42.3(c), 43.2(f).

Appellant shall pay all costs of this appeal, for which let execution issue.  
See
 
Tex. R. App. P
. 42.1(d), 43.4.

PER CURIAM

PANEL D: DAUPHINOT, HOLMAN, and GARDNER, JJ. 

DELIVERED: August 12, 2004

FOOTNOTES
1:
See 
Tex. R. App. P. 47.4.

2:
July 21, 1998 “Order Regarding Fees Charged in Civil Cases in the Supreme Court and the Courts of Appeals,” 
971-972 S.W.2d (Tex. Cases) XXXVIII (1998).